Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and JAMES MONTGOMERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE WILSON, M.W., M.W., and M.W., minors by and through their parent and guardian ad litem, MONTE WILSON,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF BAKERSFIELD, BAKERSIFELD POLICE DEPARTMENT, JAMES MONTGOMERY, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. 1:16-CV-00387-JLT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

///
///
///
///
///
///

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: September 27, 2017.                           MARDEROSIAN & COHEN

                                                     */s/ Michael G. Marderosian*
                                                 By:_____
                                                     Michael G. Marderosian,
                                                     Attorneys for Defendants
                                                     above-named.

Dated: September 27, 2017.                           RODRIGUEZ & ASSOCIATES

                                                     */s/ Mark Joseph Whittington*
                                                 By:_____
                                                     Mark Joseph Whittington,
                                                     Attorneys for Plaintiffs

**ORDER**

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice and each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **September 27, 2017**           **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE